UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SOHAIL QURESHI, on behalf of himself and all others similarly situated,

                   Plaintiff,

            v.

VITAL RECOVERY SERVICES, INC.,

                   Defendant.
------------------------------------------------------------ X

JUDGMENT
18-CV-4522 (ENV) (RML)

      A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on August 15, 2019, granting the motion to dismiss in its entirety; it is

      ORDERED and ADJUDGED that the motion to dismiss is granted in its entirety; and that this case is closed.

Dated: Brooklyn, NY
       August 16, 2019

                                Douglas C. Palmer
                                Clerk of Court

                     By:    /s/*Jalitza Poveda*
                                Deputy Clerk

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 16 2019 ★
BROOKLYN OFFICE